IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00119–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESSE THOOFT,

    Defendant.

---

**ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a four-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **June 2, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is May 2, 2008.  All responses shall be filed by May 9, 2008.  A hearing on the motions, if necessary, is set for **May 15, 2008**, at 9:30 o'clock a.m.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Thursday, **May 22, 2008**.  The deadline for submitting the plea agreement and statement of

1

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, April 20, 2008.

Dated: April 11, 2008