IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00119–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESSE THOOFT,

    Defendant.

---

### SECOND ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a four-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **August 11, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>July 11, 2008</u>.  All responses shall be filed by <u>July 18, 2008</u>.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Friday, **August 1, 2008**.  The deadline for submitting the plea agreement and statement of

1

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, July 30, 2008.

Dated: May 6, 2008